SMITH *v.* THOMAS.

FISH, C. J. Where a distress warrant has been arrested by the defendant therein making a counter-affidavit and replevying the property by giving an eventual condemnation-money bond, he is estopped from withdrawing the counter-affidavit over the objection of the plaintiff, thereby causing a dismissal of the case, and thus depriving the court of jurisdiction to render judgment on the bond, the defendant nevertheless

retaining possession of the property so obtained.  *Griggs* v. *Willbanks*, 96 *Ga.* 744 (22 S. E. 327).

*Judgment reversed.   All the Justices concur.*
JUNE 17, 1911.

Distraint.   Before Judge Worrill.   Early superior court.   April 6, 1910.

*R. H. Sheffield,* for plaintiff.

*Calhoun & Rambo,* for defendant.